No. 11-5570. Todd M. Jack, Petitioner v. West Virginia, et al.

565 U.S. 914, 132 S. Ct. 329, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 5920.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 277.

No. 11-5571. Teresa Polite, Petitioner v. Arkansas Department of Correction.

565 U.S. 914, 132 S. Ct. 329, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 6216,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-5572. Malvin Palmer, Petitioner v. United States.

565 U.S. 914, 132 S. Ct. 329, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 5840.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 395 U.S. App. D.C. 241, 642 F.3d 1062.

No. 11-5573. Donald Garfield Galloway, Petitioner v. West Virginia.

565 U.S. 914, 132 S. Ct. 330, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 5805.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

No. 11-5574. Juan Carlos Garcia-Morales, Petitioner v. United States.

565 U.S. 914, 132 S. Ct. 330, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 6015.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 577.

No. 11-5577. Jimmie Estes Thompson, Petitioner v. United States.

565 U.S. 914, 132 S. Ct. 330, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 6116.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 425 Fed. Appx. 695.

No. 11-5578. Catherine L. Bradica, Petitioner v. United States.

565 U.S. 915, 132 S. Ct. 330, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 6292.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 417 Fed. Appx. 139.

No. 11-5579. Tatyana A. Babakaeva, Petitioner v. Wilson & Wilson, P.C.

565 U.S. 915, 132 S. Ct. 330, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 6125.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.